

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-18-00090-CR

Brandon Edward **COLEMAN**,
Appellant

v.

The State of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7013
Honorable Frank J. Castro, Judge Presiding

# O R D E R

By order dated June 15, 2018, these appeals were abated, and the trial court was ordered to appoint new appellate counsel. On July 9, 2018, supplemental clerks records were filed in the appeals containing the trial court's order appointing new appellate counsel. It is therefore ORDERED that these appeals are REINSTATED on the docket of the court. Appellant's brief must be filed no later than thirty days from the date of this order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court